*Robinson, J*
40604

ALR/ev                          08977-61735

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANGELA PAGE,

                        Plaintiff,

                                              **STIPULATION** & ORDER

            -against-
                                              Case No.: 07 CIV 11182  (SCR)

LIBERTY CENTRAL SCHOOL DISTRICT,

                        Defendant.
----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties in

this action, that the time for the defendant, the LIBERTY CENTRAL SCHOOL

DISTRICT, to answer the plaintiff's complaint has been extended until January 25, 2008.

Dated:  December 20, 2007


By: MICHAEL H. SUSSMAN (3497)         By:  ADAM L. RODD (AR 3484)
SUSSMAN & WATKINS                      DRAKE, LOEB, HELLER, et al.
Attorneys for Plaintiff                Attorneys for Defendant
P.O. Box 1005                          555 Hudson Valley Ave., Suite 100
Goshen, New York 10924                 New Windsor, New York 12553
Tel. No.:  (845) 294-3991              Tel. No.:  (845) 561-0550


        So  ordered:


        U.S.D.J.

        dated : January 15, 2008



DRAKE LOEB HELLER KENNEDY GOGERTY GABA & RODD PLLC
555 HUDSON VALLEY AVENUE, SUITE 100, NEW WINDSOR, NEW YORK 12553
PHONE: 845-561-0550