UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELA PAGE,

                Plaintiff,

    -against-

LIBERTY CENTRAL SCHOOL DISTRICT,

                Defendant.
-----------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Case No.: 07 CIV 11182

## **CERTIFICATE OF SERVICE**

    I, ADAM L. RODD, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside at Cornwall, New York.

    2.    I hereby certify that on January 24, 2008, I served a true copy of the annexed Answer, in the following manner:

By e-filing same with the United States District Court, Southern District of New York and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the address of the addressee(s) as indicated below:

TO:    MICHAEL H. SUSSMAN (3497)
           SUSSMAN & WATKINS
           Attorneys for Plaintiff
           P.O. Box 1005
           Goshen, New York 10924
           Tel. No.: (845) 294-3991

                                                              ADAM L. RODD (AR-3484)