# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
### 07 CV 11182(SCR)(LMS)

**Michael Howard Sussman**
Sussman & Watkins
40 Park Place
P.O. Box 1005
Goshen, NY 10924

**Adam Lawrence Rodd**
Drake, Loeb, Heller, Kennedy, Gogerty, Gaba & Rodd, PLLC
555 Hudson Valley Avenue
Suite 100
New Windsor, NY 12553

The matter of    **PAGE -V- LIBERTY CENTRAL SCHOOL DISTRICT**    has been

scheduled for conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

on August 7, 2008 at 10:00AM in Courtroom 420.

*Re: Incarcerated Prisoners*
  *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff available via telephone, and respondent/defendant counsel should be prepared to place the phone call **from the courtroom** on the appearance date.*

SO ORDERED.

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York